## CLEVELAND, CINCINNATI, CHICAGO & ST. LOUIS RAILWAY COMPANY *v.* SWANGO, BY NEXT FRIEND.

[No. 6,608.    Filed January 8, 1908.]

From Dearborn Circuit Court; *George E. Downey,* Judge.

Action by Lawrence Swango, by next friend, Cornelius Swango, against the Cleveland, Cincinnati, Chicago & St. Louis Railway Company.    From a judgment for plaintiff for $500, defendant appeals.    *Affirmed.*

*Frank L. Littleton, Thomas S. Cravens* and *Leonard J. Hackney,* for appellant.

*McMullen & McMullens,* for appellee.

COMSTOCK, P. J.— This is a turntable case.    The questions presented by the record were passed upon in *Lewis* v. *Cleveland, etc., R. Co.* (1908), 42 Ind. App. 337, and the facts as shown by the answers to interrogatories are analogous to those alleged in the complaint in that case.

A petition to transfer said case to the Supreme Court having been denied, this judgment is upon the authority of that case affirmed.

---

## TRUELOVE ET AL. *v.* TRUELOVE ET AL.

[No. 6,689.    Filed January 8, 1909.]

From Owen Circuit Court; *Joseph W. Williams,* Judge.

Suit by Mary E. Truelove and others against Emeline Truelove and others.    From a decree entered, plaintiffs appeal.    *Transferred to the Supreme Court.*

*Willis Hickam,* for appellants.

*Inman H. Fowler, John C. Robinson* and *H. C. Allen,* for appellees.

PER CURIAM.—This cause being submitted to the entire court, and four judges not concurring in the result, the case is hereby transferred to the Supreme Court under section fifteen of the act approved March 12, 1901 (Acts 1901, p. 565, §1399 Burns 1908).